IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. HARRISON,<br><br>   Plaintiff,<br><br>   vs.<br><br>PELICAN BAY STATE PRISON,<br><br>   Defendant. | No. C 07-03576 JW (PR)<br><br>JUDGMENT |

On July 11, 2007, plaintiff filed this pro se civil rights action, along with a copy of his prisoner trust account statement showing transactions for the last six months. Plaintiff did not pay the filing fee. On the same day, the clerk of the court sent a notice to plaintiff that he must submit the following: 1) the court's In Forma Pauperis Application, and 2) Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official. Plaintiff was provided with blank copies of all the appropriate forms along with a return envelope for his convenience. The notice stated that plaintiff must respond within thirty days or the case would be dismissed. The deadline has since passed, and plaintiff has not complied.

For the reasons stated above, this case is DISMISSED without prejudice. The clerk shall close the file.

DATED: August 27, 2007

JAMES WARE
United States District Judge

Judgment
N:\Pro - Se\8.29.2007\07-03576 Harrison03576_judgment-ifp.wpd